**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA D.,<br>Plaintiff<br>v.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of the Social Security Administration,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br>NO. 24-1927 |

**JUDGMENT ORDER**

**AND NOW**, this 31st day of August, 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 6) and the Commissioner's Response (Doc. No. 9), and Petitioner's Reply (Doc. No. 10), it is hereby **ORDERED** that Judgment is entered in favor of the Commissioner.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

[1] Frank Bisignano became Commissioner of the Social Security Administration on May 7, 2025. Pursuant to Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted as Defendant in this suit and, pursuant to the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this suit.